**No. 58148.**—Malino Veilings *v.* United States, protest 219838–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of Abstract 57645, the claim of the plaintiff was sustained.